UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>                    Plaintiff,<br><br>-v-<br><br>GRAMMA'S PIZZA INC. and PNC 99 REALTY, LLC,<br><br>                    Defendants. | CIVIL ACTION NO.: 22 Civ. 7543 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

On September 2, 2022, Plaintiff filed the complaint. (ECF No. 1 (the "Complaint")). On September 21, 2022, Plaintiff served Defendants Gramma's Pizza Inc. and PNC 99 Realty, LLC (together, the "Defendants") by delivering the Summons and Complaint on an authorized agent in the Office of the Secretary of State of the State of New York. (ECF Nos. 6–7). To date, the Defendants have not answered, moved, or otherwise responded to the Complaint.

Accordingly, by **Tuesday, November 15, 2022**, Plaintiff shall file a status letter advising the Court of (i) the status of service on the Defendants, and (ii) any communications he may have had with the Defendants since effecting service.

Dated:       New York, New York
             November 4, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**