UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                Plaintiff,

-v-                                CIVIL ACTION NO.: 22 Civ. 7543 (PGG) (SLC)

GRAMMA'S PIZZA INC. and PNC 99 REALTY, LLC,        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

In accordance with the parties' representations at today's initial case management conference, the Court orders that, by **June 13, 2023**, the parties shall file either (i) a stipulation of dismissal, or (ii) a joint status letter regarding the parties' settlement efforts. The parties' proposed case management plan (ECF No. 30) is held in abeyance. The parties are reminded that they may request a settlement conference with the Court at any time.

Dated:        New York, New York
                May 30, 2023

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**