UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTAUNE BROWN,

                Plaintiff,

-v-

GRAMMA'S PIZZA INC. and PNC 99 REALTY, LLC,

                Defendants.

CIVIL ACTION NO. 22 Civ. 7543 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request for a discovery conference at ECF No. 35 is GRANTED. A telephone conference to discuss the issues raised in Plaintiff's letter is scheduled for **Monday, September 25, 2023 at 12:00 p.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. If the Conference conflicts with any religious observances, the parties should promptly notify the Court so that the Conference may be rescheduled. By **September 14, 2023**, Defendants may file a response to the letter. By **September 15, 2023**, Plaintiff may file a reply.

The Clerk of Court is respectfully directed to close ECF No. 35.

Dated:     New York, New York
            September 11, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge