

September 18, 2023

VIA: ECF

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
Room 1670
New York, NY 10007

> The parties' request for an adjournment at ECF No. 42 is GRANTED. The conference scheduled for September 25, 2023 (ECF No. 36) is CANCELLED so that the parties can attempt to resolve this case. By October 3, 2023, the parties shall file a joint letter on the docket providing a status update.
>
> The Clerk of Court is respectfully directed to close ECF No. 42 and to terminate the conference.
>
> SO ORDERED.   9/19/2023
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

Re:   **Altaune Brown v. Gramma's Pizza Inc. et al**
      **Case No.  22-cv-07543**

Dear Judge Cave;

    I have put in a Notice of Appearance in this matter for Gramma's Pizza. I also have read Ms. Batres letter [Dkt. 41] objecting to my withdrawal as counsel.

    I spoke to Plaintiff's counsel and the Co-Defendant counsel today. They both agreed to adjourn the issues in Ms. Batres letter for a couple of weeks since the parties have agreed to attempt resolution of this matter. Therefore, we seek the Court's approval on a relatively short adjournment.

Respectfully Submitted,

_____/s/Stephen Hans_____
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard
Suite# 401
Long Island City, NY 11101
Tel: 718-275-6700

www.hansassociates.com