UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>                    Plaintiff,<br><br>     -v-<br><br>GRAMMA'S PIZZA INC. and PNC 99 REALTY, LLC,<br><br>                    Defendants. | CIVIL ACTION NO. 22 Civ. 7543 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 2, 2023, a further telephone conference is scheduled for **Friday, November 17, 2023 at 1:45 p.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
            November 2, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge