UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTAUNE BROWN,<br><br>Plaintiff,<br><br>-v-<br><br>GRAMMA'S PIZZA INC. and PNC 99 REALTY, LLC,<br><br>Defendants. | CIVIL ACTION NO. 22 Civ. 7543 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 17, 2023, the Court understands that the parties have reached a settlement on all issues. Accordingly, by **December 1, 2023**, the parties shall file a stipulation of dismissal for the attention of the Honorable Paul G. Gardephe. All other deadlines and appearances are adjourned sine die.

Dated: New York, New York
November 17, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge